THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLEG CHURYUMOV,

               Plaintiff,

    v.

AMAZON CORPORATE LLC; UWAIS KHAN; EDWIN MWANGO; ANDREW BERG; JOE RESUDEK; ROBIN MENDELSON; JEFF BEZOS; and BETH GALETTI,

               Defendants.

No. 2:19-cv-136

NOTICE OF REMOVAL

**TO:    THE CLERK AND HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Amazon Corporate LLC, Uwais Khan, Edwin Mwango, Andrew Berg, Joe Resudek, Robin Mendelson, Jeff Bezos, and Beth Galetti ("Defendants"), remove this action to this Court from the King County Superior Court of the State of Washington. In support of this Notice, Defendants respectfully state:

**STATE COURT ACTION**

1.    Plaintiff Oleg Churyumov (hereinafter "Plaintiff") filed this lawsuit on or about December 28, 2018, by filing the Summons and Complaint in the Superior Court of the State of Washington for King County, where it was assigned Case No. 18-2-58244-0 SEA. Defendant

NOTICE OF REMOVAL (No. 2:19-cv-136)
–1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

143073499.1

Amazon, LLC was served with the Complaint on January 11, 2019. The remaining defendants have not yet been served with the Complaint and summons, but consent to removal of this action to federal court. No further proceedings in this matter have been held in the Superior Court for King County.

2.    Plaintiff's Complaint alleges national origin discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., *see* Complaint ¶¶ 76-111, disability discrimination and retaliation based on association with a disabled person in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 et seq., *see* Complaint ¶¶ 112-126, retaliation in violation of the Family and Medical Leave Act of 1993, 29 U.S.C. § 2615, et seq., *see* Complaint ¶¶ 127-135, national origin discrimination and retaliation in violation of the Washington Law Against Discrimination, inhuman conditions of employment in violation of RCW 49.12.020, retaliation in violation of RCW 49.12.130, retaliation for sick leave in violation of RCW 49.12.287, and violation of implied contract.

## GROUNDS FOR REMOVAL

3.    This action is removable under 28 U.S.C. § 1441(a) because the Court has original jurisdiction under 28 U.S.C. §§ 1331. Federal question jurisdiction exists because Plaintiff pleads multiple federal claims — namely, claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, and the Family and Medical Leave Act of 1993. As Plaintiff asserts numerous claims within the original jurisdiction of the federal district courts, this entire action is removable. 28 U.S.C. §§ 1331, 1441.

## ACTION REMOVABLE

4.    This action is removable to this Court under 28 U.S.C. § 1441 because this Court would have had original jurisdiction over Plaintiff's claims had Plaintiff filed the action initially in federal court. This Court is the district court of the United States for the district and division "embracing the place where [the state court] action is pending," and is therefore the appropriate court for removal. 28 U.S.C. § 1441(a).

NOTICE OF REMOVAL (No. 2:19-cv-136 –2

143073499.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

5.     This Notice is filed with the Court within thirty (30) days after receipt by Defendants of the Complaint, in accordance with 28 U.S.C. § 1446(b).

## PLEADINGS FILED

6.     Attached to this Notice is a true copy of the Complaint and Demand for Jury Trial which plaintiff filed in the action pending in state court.  All other process, pleadings or orders filed in the state court in this action will be filed, together with the verification of defendant's counsel, within 14 days of the filing of this Notice, as required by Local Rules W.D. Wash. LCR 101(c).

DATED:  January 30, 2019

By:  s/ Linda D. Walton
By:  s/ Lindsay J. McAleer
Linda D. Walton #20604
Lindsay J. McAleer #49833

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  LWalton@perkinscoie.com
          LMcAleer@perkinscoie.com

Attorneys for Defendants
Amazon Corporate LLC, Uwais Khan, Edwin Mwango, Andrew Berg, Joe Resudek; Robin Mendelson, Jeff Bezos, and Beth Galetti

NOTICE OF REMOVAL (No. 2:19-cv-136
–3

143073499.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I caused to be served upon the party below, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | | |
|---|---|---|
| Oleg Churyumov | ☐ | Via Hand Delivery |
| 1037 NE 65th St. #81067 | ☑ | Via U.S. Mail, 1st Class, |
| Seattle, WA 98115 | | Postage Prepaid |
| Telephone: (917) 514-1426 | ☐ | Via Overnight Delivery |
| Email: oleg.churyumov@gmail.com | ☐ | Via Facsimile |
| | ☐ | Via CM/ECF |
| **Pro se Plaintiff** | ☑ | Via E-Mail |

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

EXECUTED at Seattle, Washington, on January 30, 2019.

*s/ Lindsay J. McAleer*
Lindsay J. McAleer #49833

CERTIFICATE OF SERVICE (No. 2:19-cv-136) –1

143073499.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000