THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLEG CHURYUMOV,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON CORPORATE LLC; UWAIS KHAN; EDWIN MWANGO; ANDREW BERG; JOE RESUDEK; ROBIN MENDELSON; JEFF BEZOS; and BETH GALETTI,<br><br>    Defendants. | No. 2:19-cv-00136<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Amazon Corporate LLC discloses that it is a limited liability company whose sole member is Amazon Global Resources LLC, which is not a publicly traded corporation.

CORPORATE DISCLOSURE STATEMENT
(No. 2:19-cv-00136) –1

143074887.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| DATED: January 30, 2019 | By: s/ Linda D. Walton<br>By: s/ Lindsay J. McAleer<br>Linda D. Walton #20604<br>Lindsay J. McAleer #49833<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone:  206.359.8000<br>Facsimile:  206.359.9000<br>Email:  LWalton@perkinscoie.com<br>            LMcAleer@perkinscoie.com<br><br>Attorneys for Defendants<br>Amazon Corporate LLC, Uwais Khan, Edwin Mwango, Andrew Berg, Joe Resudek; Robin Mendelson, Jeff Bezos, and Beth Galetti |

CORPORATE DISCLOSURE STATEMENT
(No. 2:19-cv-00136) –2

143074887.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I caused to be served upon the party below, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | | |
|---|---|---|
| Oleg Churyumov | ☐ | Via Hand Delivery |
| 1037 NE 65th St. #81067 | ☑ | Via U.S. Mail, 1st Class, Postage Prepaid |
| Seattle, WA 98115 | | |
| Telephone: (917) 514-1426 | ☐ | Via Overnight Delivery |
| Email: oleg.churyumov@gmail.com | ☐ | Via Facsimile |
| | ☐ | Via CM/ECF |
| **Pro se Plaintiff** | ☑ | Via E-Mail |

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

EXECUTED at Seattle, Washington, on January 30, 2019.

*s/ Lindsay J. McAleer*
Lindsay J. McAleer #49833

CERTIFICATE OF SERVICE (No. 2:19-cv-00136) –1

143074887.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000