THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

OLEG CHURYUMOV

Plaintiff,

     v.

AMAZON CORPORATE LLC;
UWAIS KHAN;
EDWIN MWANGO;
ANDREW BERG;
JOE RESUDEK;
ROBIN MENDELSON;
JEFF BEZOS;
BETH GALETTI

        Defendants.

CASE NO.: 2:19-cv-00136-RSM

JURY DEMAND

JURY DEMAND

1.    For the reasons set forth, the Plaintiff hereby demands trial by jury in this action of all issues so triable.

2.    On 12/27/2019 the Plaintiff requested jury trial in his complaint to the King County Court of Washington State (Dkt. # 1-1 at p. 1, Dkt. # 1-2 at p. 1 and ¶ 205).

3.    On 01/30/2019 Defendants filed the notice of removal the case from the Superior Court of King County to the Western District of Washington Court (Dkt. # 1 at ¶¶ 3-4).

4.    On 01/31/2019 the Court (Dkt. # 7 at p. 1) issued a notice to filer about Jury Demand Improperly Submitted: A Jury Demand indicated only on a Notice of Removal, Civil Cover Sheet or State Court Complaint does not constitute a proper request in this Court, pursuant to LCR 101(b)(3). The Defendant or Plaintiff must file a separate Jury Demand to properly notify the Court of their request.

5.    LCR 101(b)(3) provides: In cases removed from state Court, the removing defendant(s) shall file contemporaneously with the notice of removal a copy of any Jury Demand filed in the state Court, which must be filed as an attachment and labeled "Jury Demand".

Dated:  Feb 17, 2019

Respectfully submitted,
By: Oleg Churyumov

Oleg Churyumov
1037 NE 65th St #81067 Seattle, WA 98115
Phone: 9175141426
Email: oleg.churyumov@gmail.com