UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLEG CHURYUMOV,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON CORPORATE LLC, et al.,<br><br>  Defendants. | CASE NO. C19-136RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR SETTLEMENT CONFERENCE |

This matter is before the Court on the parties' Stipulated Motion for the Appointment of a Settlement Judge. Dkt. #39. The parties agree that this case "would benefit from mediation before a United States Magistrate Judge, and that a settlement conference would likely result in an efficient and mutually agreeable resolution of this matter." Dkt. #39 at 2. As the parties note, the Court generally prefers that the parties pursue private mediation first. *See* LCR 39.1(e). While the parties indicate that private mediation has not yet occurred, they also indicate a clear desire to reach a compromise and a belief that a Settlement Judge will best achieve that goal.

Accordingly, after reviewing the stipulated motion and the remainder of the record, the Court finds and ORDERS:

1. The Stipulated Motion for the Appointment of a Settlement Judge (Dkt. #39) is GRANTED.

ORDER – 1

2. This matter is REFERRED to the Honorable Mary Jo Heston of the Bankruptcy Court for the Western District of Washington for a settlement conference. Judge Heston has graciously agreed to make herself available in Seattle, if preferable for the parties. The parties shall coordinate with Judge Heston's Courtroom Deputy, Roxanne Shaw, to schedule the settlement conference. Ms. Shaw may be contacted at: (253) 882–3951.

3. The pending motions (Dkts. #8, #14, #24, #35, #36, and #42) are terminated. Should the parties fail to reach a settlement, they shall meet and confer, and thereafter file a status report with the Court—no later than fourteen days after the settlement conference—indicating to the Court which motions should be renoted for the Court's consideration.

Dated this 29 day of April, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE