# Exhibit A

 Gmail

Oleg <oleg.churyumov@gmail.com>

---

## [Oleg Churyumov] New comment on 02/28/2019. Hunger strike. Day 3..

**Anonymous** <noreply-comment@blogger.com>
To: oleg.churyumov@gmail.com

Thu, Feb 28, 2019 at 4:05 PM

Anonymous has left a new comment on your post "02/28/2019. Hunger strike. Day 3.":

For press and USCIS.

https://www.teamblind.com/article/Some-truth-about-Oleg-Churyumov-DxEtvVyQ

https://www.teamblind.com/article/Debrief-Some-truth-about-Oleg-Churyumov-Kw0aGfxu

Unsubscribe from comment emails for this blog.

Posted by Anonymous to Oleg Churyumov at February 28, 2019 at 4:05 PM