# Exhibit B

# blind

## TOPICS　Find Your Colleagues

Money　Work VISA　Politics　Relationships　Startups　Office Life　HR Issues　Health

Misc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Following

## Some truth about Oleg Churyumov

Amazon / Eng · RgCstHw
🕓 5h

Cross-posted from Tech Lounge.

Why was it posted here?

Some people who support this guy don't work in Amazon or in the tech industry. Therefore, this post was cross-posted in Topics that are publicly available.

Debrief https://www.teamblind.com/article/Kw0aGfxu

While the guy holds his hungry protest, I will reveal some information about his past. Below is a free translation from Russian of an article published on politrussia.com. Perhaps, this will also be interesting to USCIS officials.

Disclaimer: I am by no means associated with this guy, except for the country of origin and that I also work at Amazon. Also, I am not a manager, HR, or lawyer.

In the spring of 2014, Oleg Churyumov, together with his friends, opened a capsule hotel - Tigrodom, which enjoyed great success with young entrepreneurs. The building was rented from the representative office of the governor of one of the regions of Russia in Moscow. Everything was going well, but at the end of 2014 the rent was doubled, and in the spring of next year all the house guests were literally put out of the door with the help of a private security company.

One could talk about a raider seizure, if the officials, having appropriated all the equipment (capsules), would eventually do the same thing - rent the house to young entrepreneurs. This did not happen, so we can only talk about a gross violation of the lease agreement, which must be studied in detail, but... it did not exist.

Oleg Churyumov says: "We, aspiring entrepreneurs, made a huge mistake, trusted the corrupt bureaucratic scheme, according to which we received the state property for rent without proper legal registration. As a result, all payments went into the pocket of the above-mentioned officials, and not into the state budget."

Download the app for more exclusive content.

    

"We found a very advantageous offer on a real estate website: a townhouse with an area of more than 700 square meters for 250 thousand rubles ($7000) a month. The location also suited us." Then they met with the head of the department of organizational, protocol and analytical work of the representative office of the governor in the state authorities of the Russian Federation.

"We have agreed verbally on a long-term lease for a period of at least three years. At the same time, he proposed not to enter into a formal lease agreement, but instead to sign an agreement, as if we were engaged in maintenance of the premises, in the amount of 5 thousand rubles ($140) a month. We agreed to transfer all the money in cash from hand to hand," - the businessman said. Now Churyumov understands how risky it was to "take a word." "But then we were attracted by the low price," he explains.

Here is the point of this whole story - the cost of the building was much lower than the market. The businessman from the very beginning knew about corruption and actively participated in it.

The journalists requested the law enforcement agencies to check whether the actions of the businessman Oleg Churyumov constituted the crime covered under Article 291 of the Criminal Code of the Russian Federation "Giving bribe".

http://politrussia.com/opozitsiya/kak-partiya-navalnogo-304/

To be continued.



Как партия Навального защищает коррупционеров
R Politrussia

Debrief: Some truth about Oleg Churyumov
b Blind

Народный общественно-политический журнал Politrussia
R Politrussia

👍 0    💬 3

Add a comment

Download the app for more exclusive content.

    

Bose・justme2k19

Who is this guy anyway

5h  👍 2  💬 1

Amazon / Eng・RgCstHw ᴼᴾ

http://www.churyumov.com/2019/02/public-protest-against-amazon.html?m=1

1h  👍 0

Google・vcxP76

What's this? Why should we care?

5h  👍 1  💬 0

## MOST READ | Misc.

### 🔴 Would you rather......

Which would you pick?



GoDaddy / Mgmt・( ͡° ͜ʖ ͡°)
👁 407

### 🔴 Video games

Sometimes I feel guilty playing video games being in my mid-30s - after work and on the weekend. Normal? Current game: Elder Scrolls Online What games do you play?

New・🧟🧟‍♀️🧟🧟
👁 1409

### No one in their right mind would move from Oracle to AWS

During a conference call after releasing its second quarter earnings, Ellison highlighted why he believes his company's databases are better than Amazon's, saying: "We have a huge technology leadership in database over Amazon. In terms o…

Amazon・👻👻👻👻
👁 2,276

Download the app for more exclusive content.      ✕

    

Let's do this millionth time, Tier 1 considering pay, prestige, wlb, talent, benefits etc. Here are my rankings Tier 1: Google NetFlix Facebook Apple Uber Tier 2: Amazon Linkedin Dropbox Lyft Airbnb Microsoft Twitter Robinhood Slack Square…

Autodesk ・ Hshsbs

👁 4,285

## What tech companies do you consider unethical?

Excluding Facebook, Amazon, Google, Uber and the other giants (just for the sake of making this more interesting, let's agree to disagree because they're multifaceted and do both good & evil). To name a few IMO: Robinhood, AppNexus, JUU…

New ・ TKpg12

👁 2,285

## Elon Trolls Bezos on Twitter

Disclaimer: not real, but holy fuck I wish it was.



GoDaddy / Mgmt ・ ( ͡° ͜ʖ ͡°)

👁 1,991

**POPULAR ON TOPICS**

Compensation

## WeWork compensation

They are offering me 215k TC with a base of 170k and rest being equity (45k). This is for the senior swe role in NY. Should I bargain? Hr mentioned the value of the equity has doubled in one year. Does that sound unusually high?

New / Eng ・ yeiW31

👁 347

Work VISA

## H1-b (new, amendment, transfer) - Odds of Denial for Final H1b Decisions

Hi Guys, First off, for those who did not read my update on the other post, the published data is only for case decisions of the LCA stage of the process - so can't use those. After some research, the best thing I got is a published report by the to…

New / Eng ・ deeprocker

👁 666

Download the app for more exclusive content.

    

### Great pay/scrappy work/low motivation

Great TC 420k Useless easy work Never been so overpaid TC keeps me motivated To deal with mediocrity every day Failed at FANG multiple times Should I ride to destiny or Jump off the train

Oracle ・ poorp

👁 878

Career

### 🔴 Interning at Facebook vs Tesla

Hey guys. I have the opportunity to join either Tesla Autopilot or Facebook for a summer SWE internship. I was wondering if you guys had any advice regarding which to choose based on their culture, career growth, and compensation? I'm a bit...

Microsoft / Eng ・ swintern

103

Career

### Working for FAANG, it's not just join and kick back

I'm at a FAANG, been in them for a while. So many people on here are fighting to work at one of them. The TC is often spectacular. The marquee name on your resume is worth its weight in gold too. But before you think it's the end-all, get a...

Apple ・ apbob

👁 24.7K

Download the app for more exclusive content.