# Exhibit C

# blind



TOPICS     <u>Find Your Colleagues</u>

Misc.            [ Following ]   ⊓   ⋯

## Debrief: Some truth about Oleg Churyumov

Money    Work VISA    Politics    Relationships    Startups    Office Life    HR Issues    Health    ▾

🕐 5h

In the comments to my previous post published in Tech Lounge (cross-posted in Misc for access https://www.teamblind.com/article/DxEtvVyQ ), some accused me of referring to unreliable and in fact propaganda sources (politrussia) and that the information provided was fake. I explained that I was interested only in Churyumov's statements and his attitude to certain things, and that I omitted all the propaganda, if it was. By the way, the Churyumov's statements were taken by politrussia from the article of one oppositionist, "a fighter against corruption", who tried to defend Churyumov. The page has been deleted so that you will not find it in the cache, why so? In this post I am going to prove that the information is true and will turn to more reliable sources, namely to the Churyumov's post on VKontakte (https://vk.com/wall19228447_10458 ).

Disclaimer.

I am in no way associated with Churyumov (except the country of origin), his manager or Amazon's management. I am not a manager, HR or lawyer. Moreover, once I have myself suffered from abuse from Amazon's management.

Also, I do not support Putin and his political system and I do not like the Russian mentality. And these are the reasons why I now live in the United States.

Then why am I doing this?

I firmly believe that Churyumov must not represent the interests of warehouse workers and other employees of Amazon affected by the actions of management. Just about as a bunch of morons led by Navalny must not represent the opposition in Russia.

It has already been proven that Churyumov was a low performer and that he was practically idle for a year and a half. For the year, he shipped only 11 trivial changes, while his teammate of the same level, having the same tenure, shipped almost 6 times more during the same period of time. That is, Churyumov was deservedly put on the development plan and subsequently on Pivot. All his insinuations towards his manager are most likely slander. Therefore, the Churyumov's actions only discredit all initiatives against

Download the app for more exclusive content.     🍎      ✕

But let's move on to the analysis.

In the Chyryumov's post there is a link to the investigation conducted by the online media Znak. The pdf

    

In his statements, Churyumov practically admits that he voluntarily became involved in the corruption scheme, as he agreed to pay less for the rent of a building that was owned by the state, in cash from hand to hand without entering into a lease agreement. Also, he probably did not pay taxes.

When Churyumov was asked to leave the occupied premises, he began to shout from the rooftop that he had been cheated. He also filed a lawsuit against the governor, although the governor was not formally involved in corruption, his subordinates were, and a counter-claim for libel was filed against Churyumov. Most likely this was one of the reasons why he fled from Russia and sought asylum.

Therefore, I do not understand how such low performer, corrupt, and a malicious tax evader (let's call things by their proper names), or in other words, a hypocrite and a liar, can represent the interests of disadvantaged employees of Amazon.

By the way, I generally doubt that Churyumov does this out of good intentions, pursuing his own goals. Perhaps he simply wishes to avoid deportation in connection with his corrupt activities.

But stay tuned. In the next post, Churyumov's personality will be fully revealed.



Wall

Vk

Some truth about Oleg Churyumov

Blind

👍 0   💬 2

Add a comment

Download the app for more exclusive content.  ✕

What is it all about ? He claims that he overworked and you say no because his teammate shipped 6x more ?

🕐 1h    👍 0    💬 1

   

http://www.churyumov.com/2019/02/public-protest-against-amazon.html?m=1

🕐 1h    👍 0

**MOST READ** | Misc.

## Apple employees - what's the sentiment there?

The stock is down almost as much as during 2008 and all metrics are showing peak iPhone demand. What's going on internally though, and how are you all digesting this?

BlackRock · aetos

👁 1,717

## 🔴 Anyone else noticing a lot of racist posts from Microsoft employees?

I've noticed a trend where the bulk of racist or race baiting posts on blind seem to come from Microsoft employees. I wonder if this is a corporate culture issue or some other factor.

Compass / Eng · FUPayMe

👁 312

## Large check from parents..

Parents visited for the past two months and spent like 50k (I paid with my credit card). Now they are gone and left me with couple of checks which sums up to 50k for reimbursement. How should I deposit these checks and justify to IRS? Thank…

Walmart.com · eddiee

👁 1,669

## 🔴 Who looks more attractive? MacKenzie Bezos or Lauren Sanchez?

We men are superficial. Who do you think more attractive?

Walmart.com · realDTrump

👁 253

Download the app for more exclusive content.            ✕

🔴 FaceTimers what do you think about this bug?

This bug let's you listen other person, even if they don't answer. Have you ever experienced this? Do you still have this app on your phone? https://www.cnbc.com/2019/01/28/apple-facetime-bug-lets-you-listen-even-if-someone-doesnt-

    

👁 849

## Has anyone been to a swinger sex party in Bay area?

How was the experience?

New / Eng · Jeremy1

👁 1,664

**POPULAR ON TOPICS**

Work VISA

## H1-b (new, amendment, transfer) - Odds of Denial for Final H1b Decisions

Hi Guys, First off, for those who did not read my update on the other post, the published data is only for case decisions of the LCA stage of the process - so can't use those. After some research, the best thing I got is a published report by the to…

New / Eng · deeprocker

👁 666

Compensation

## Australia to California relocation & taxes

Hi all, considering relocating to California can somebody help me understand how much net salary will I have after all contribution? I want to put 4% in 401 k and I might be earning a TC of about 220k, I am single with no deductions..is it…

eBay · YAgV34

👁 216

Career

🔴 Where do you study and leetcode?

Where do you prefer to study or leetcode: at home or in the office (mostly on weekends). Please explain your preference.

Apple · giskf14

👁 86

Download the app for more exclusive content.    ✕

Career

## Offer in Hong Kong

    

New / Consultant · uboot

👁 285

Career

## Curious about work in AirBnb

The Airbnb site and app works well and looks pretty. I know there will always be ongoing changes to it, but I am curious how much work there is left for the engineers to work on (esp very well paid ones relative to the industry). Is it boring kee...

Amazon / Eng · Aotjek11

👁 13.0K

Download the app for more exclusive content.         ✕