THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLEG CHURYUMOV,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON CORPORATE LLC; UWAIS KHAN; EDWIN MWANGO; ANDREW BERG; JOE RESUDEK; ROBIN MENDELSON; JEFF BEZOS; and BETH GALETTI,<br><br>        Defendants. | No. 2:19-cv-00136-RSM<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S THIRD MOTION TO AMEND COMPLAINT<br><br>NOTE FOR MOTION CALENDAR:<br><br>Friday, January 10, 2020 |

DEFENDANTS' RESPONSE TO THIRD
MOTION TO AMEND COMPLAINT
(No. 2:19-cv-00136-RSM) –i
146712837.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# DEFENDANTS' RESPONSE TO PLAINTIFF'S THIRD MOTION TO AMEND COMPLAINT

Defendants submit the following Response to Plaintiff Oleg Churyumov's ("Plaintiff") Third Motion for Leave to Amend and Supplement Complaint ("Third Motion to Amend"), Dkt. #59.

On November 25, 2019, the Court issued an Order granting Plaintiff leave to amend his Complaint in accordance with its rulings. Dkt. #58 at p. 25 ¶ 6 ("Plaintiff may file an amended complaint no later than thirty (30) days from the date of this Order."). The Court further held that "[n]othing in this Order precludes Defendants from moving to dismiss any amended complaint should they believe such action is warranted and legally supported." *Id.* ¶ 7. Rather than file an amended complaint, on December 22, 2019, Plaintiff filed a Third Motion to Amend his Complaint. Dkt. #59.

Accordingly, because the Court granted Plaintiff leave to amend his complaint in accordance with its Order, Defendants do not oppose Plaintiff's Motion to Amend. If the Court grants the motion, once Plaintiff files the amended complaint, Defendants will file and serve an appropriate response to the amended complaint within the time permitted by the rules or order of this Court.

DEFENDANTS' RESPONSE TO THIRD MOTION TO AMEND COMPLAINT (No. 2:19-cv-00136-RSM)–1

146712837.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| DATED: January 6, 2020 | By: s/ Linda D. Walton |
| | By: s/ Lindsay J. McAleer |
| | Linda D. Walton, WSBA #20604 |
| | Lindsay J. McAleer, WSBA #49833 |

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: LWalton@perkinscoie.com
         LMcAleer@perkinscoie.com

Attorneys for Defendants
Amazon Corporate LLC, Uwais Khan, Edwin Mwango, Andrew Berg, Joe Resudek; Robin Mendelson, Jeff Bezos, and Beth Galetti

DEFENDANTS' RESPONSE TO THIRD MOTION TO
AMEND COMPLAINT (No. 2:19-cv-00136-RSM)–2

146712837.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I caused to be served upon the party below, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Oleg Churyumov | ☐ Via Hand Delivery |
| 1037 NE 65th St. #81067 | ☐ Via U.S. Mail, 1st Class, Postage Prepaid |
| Seattle, WA 98115 | |
| Telephone: (917) 514-1426 | ☐ Via Overnight Delivery |
| Email: oleg.churyumov@gmail.com | ☐ Via Facsimile |
| | ☑ Via CM/ECF |
| **Pro se Plaintiff** | ☐ Via E-Mail |

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

EXECUTED at Seattle, Washington, on January 6, 2020.

*s/ Lindsay J. McAleer*
Lindsay J. McAleer #49833

CERTIFICATE OF SERVICE (No. 2:19-cv-00136-RSM) –1

146712837.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000