THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLEG CHURYUMOV | CASE NO.: 2:19-cv-00136-RSM |
| Plaintiff, | PLAINTIFF'S REPLY TO THIRD MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT |
| v. | NOTE FOR MOTION CALENDAR: 01/10/2020 |
| AMAZON CORPORATE; UWAIS KHAN; EDWIN MWANGO; ANDREW BERG; | |
| Defendants. | |

**PLAINTIFF'S REPLY TO MOTION FOR LEAVE TO AMEND COMPLAINT**

Hereby Plaintiff respectfully files his Reply to Defendants' Response (Dkt. # 60) to Motion for Leave to Amend Complaint (Dkt. # 59).

Plaintiff sued Amazon and its employees including direct supervisor Uwais Khan for racial and disability discrimination, retaliation, torts and other claims. On January 20, 2019, Defendants removed Plaintiff's complaint to this District Court (Dkt. # 04). On February 6, 2019, Defendants asked to dismiss part of his claims (Dkt. # 08). On April 28, 2019, Plaintiff petitioned to amend his complaint (Dkt. # 42) since Defendants committed new violations.

On November 25, 2019, Court dismissed part of the claims and ordered to amend the complaint with remaining claims. Dkt. # 58.

Following the Court Order, on December 22, 2019 Plaintiff excluded part of the claims and amended another part. Dkt. # 59. Also Plaintiff excluded individual Defendants Jeff Bezos, Beth Galetti, Robin Mendelson and Joe Resudek from all claims. Then Plaintiff filed his amended complaint (Dkt. # 59-1) with Motion for leave to amend complaint (Dkt. # 59).

On January 6, 2020, Defendants filed their response (Dkt. # 60) to Plaintiff's Motion for Leave to Amend Complaint (Dkt. # 59). In their Response, Defendants did not oppose Plaintiff's motion. Dkt. # 60 at p. 2. Rather, Defendants intend to oppose claims in their future motion to dismiss. "Defendants do not oppose Plaintiff's Motion to Amend. If the Court grants the motion, once Plaintiff files the amended complaint, Defendants will file and serve an appropriate response to the amended complaint within the time permitted by the rules or order of this Court." *Id.*

Defendants also noticed: "Rather than file an amended complaint, on December 22, 2019, Plaintiff filed a Third Motion to Amend his Complaint." *Id.* To clarify, Plaintiff respectfully

1  requests to consider his Exhibit A (Dkt. # 59-1) of Motion to Leave for Amend (Dkt. # 59) as

2  Amended Complaint in response to Court Order Dkt. # 58.

3      Due to above mentioned reasons, Plaintiff respectfully requests that the Court grants leave

4  to amend the complaint; order that the amended complaint be filed in this action in the form of

5  Dkt. # 59-1.

6

Dated: Jan 08, 2020              By: Oleg Churyumov

7                                             1037 NE 65th St #81067 Seattle, WA 98115