THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLEG CHURYUMOV,<br><br>          Plaintiff,<br><br>   v.<br><br>AMAZON CORPORATE LLC; UWAIS KHAN; EDWIN MWANGO; ANDREW BERG; JOE RESUDEK; ROBIN MENDELSON; JEFF BEZOS; and BETH GALETTI,<br><br>          Defendants. | No. 2:19-cv-00136-RSM<br><br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>NOTE FOR MOTION CALENDAR:<br>January 14, 2020<br><br>*(Clerk's Action Required)* |

TO:    THE CLERK OF THE COURT

Plaintiff Oleg Churyumov and Defendants Amazon Corporate LLC, Uwais Khan, Edwin Mwango, Andrew Berg, Joe Resudek; Robin Mendelson, Jeff Bezos, and Beth Galetti, being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action shall be dismissed with prejudice and without costs to either party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
(No. 2:19-cv-00136-RSM) –1

146916962.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Respectfully submitted this 14th day of January, 2020.

By: s/ Oleg Churyumov (per email authority)
Oleg Churyumov, Pro Se
1037 NE 65th St. #81067
Seattle, WA 98115
Telephone: (917) 514-1426
Email: oleg.churyumov@gmail.com

Pro se Plaintiff

By: s/ Linda D. Walton
By: s/ Lindsay J. McAleer
Linda D. Walton, WSBA #20604
Lindsay J. McAleer, WSBA #49833

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  LWalton@perkinscoie.com
          LMcAleer@perkinscoie.com

Attorneys for Defendants
Amazon Corporate LLC, Uwais Khan, Edwin Mwango, Andrew Berg, Joe Resudek; Robin Mendelson, Jeff Bezos, and Beth Galetti

STIPULATION FOR DISMISSAL OF
ACTION WITH PREJUDICE
(No. 2:19-cv-00136-RSM) –2

146916962.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I caused to be served upon the party below, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Oleg Churyumov<br>1037 NE 65th St. #81067<br>Seattle, WA 98115<br>Telephone: (917) 514-1426<br>Email: oleg.churyumov@gmail.com<br><br>**Pro se Plaintiff** | ☐ Via Hand Delivery<br>☐ Via U.S. Mail, 1st Class, Postage Prepaid<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☑ Via CM/ECF<br>☐ Via E-Mail |

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

EXECUTED at Seattle, Washington, on January 14, 2020.

*s/ Lindsay J. McAleer*
Lindsay J. McAleer #49833

CERTIFICATE OF SERVICE (No. 2:19-cv-00136-RSM) –1

146916962.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000